UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Steven Teran, | § | |
| | § | |
| *versus* | § | Civil Action 4:18−cv−01866 |
| | § | |
| Pete Dimas Enterprises, LLC. | § | |

## Order Resetting Conference

1.    The pretrial conference has been reset to:

             September 24, 2018
                at 04:00 PM

2.    To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

    Signed on September 17, 2018, at Houston, Texas.

                                 _____
                                      Lynn N. Hughes   USDJ
                                   United States District Judge