UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2018
David J. Bradley, Clerk

Steven Teran                    §
                                §
versus                          §      Civil Action 4: 18-1866
                                §
Pete Dimas Enterprises          §
                                §

## Conference Memorandum

Counsel: Thomas Padgett          Representing: P. Teran

Russell Ducoff                   D. Pete Dimas Enterprises

Date: 9/24/2018                  Reporter: L. Wells
Started: 4:05                    Ended: 4:45

At the conference, these rulings were made:

_____

_____

☑ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2018.
☐ A hearing is set for: _____ on _____, 2018.
☐ Trial preparation to be completed by: _____, 2018.
☐ A trial is set for: _____ on _____, 2018.
  ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2018.
☑ Internal review deadline   November 12, 2018.

Lynn N. Hughes
United States District Judge