UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

September 26, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| Steven Teran, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-18-1866 |
| | § | |
| Pete Dimas Enterprises, LLC, | § | |
| | § | |
| Defendant. | § | |

## Order to Report

By November 8, 2018, the parties must jointly report the next steps that should be taken to advance the litigation.

Signed on September 25, 2018, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge