# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN TERAN,<br>  Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-1866 |
| PETE DIMAS ENTERPRISES, LLC,<br>  Defendant. | § | JURY DEMANDED |

## JOINT STATEMENT OF THE PARTIES

The parties request an additional 45 days to evaluate the case and possibly attend a half-day mediation.

Respectfully Submitted

**THE BUENKER LAW FIRM**

*/s/ Thomas H. Padgett, Jr.*
By: Thomas H. Padgett, Jr.
TBA No. 15405420
Josef F. Buenker
TBA No. 03316860
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com
tpadgettlaw@gmail.com

**COUNSEL FOR PLAINTIFF**

LAW OFFICES OF RUSSELL C. DUCOFF

/s/  Russell C. Ducoff
Russell C. Ducoff
SBOT:  06168500
4615 Southwest Freeway, Suite 500
Houston, Texas 77027
713-665-8750 Phone
866-369-5413 Fax
rcducoff@gmail.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I caused a copy of the foregoing document to be filed with the Court using ECF, of which opposing counsel of records is a member.

*/s/ Thomas H. Padgett, Jr.*
Thomas H. Padgett, Jr.