IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN TERAN, | § | |
|     Plaintiff, | | |
| | | |
| V. | § | CIVIL ACTION NO. 4:18-cv-1866 |
| | | |
| PETE DIMAS ENTERPRISES, LLC, | | |
|     Defendant. | § | JURY DEMANDED |

**JOINT SECOND STATUS REPORT**

The parties are in settlement negotiations and are attempting to schedule a mediation. The parties anticipate mediating by the end of January, 2019.

    Respectfully Submitted

    **THE BUENKER LAW FIRM**

    */s/ Thomas H. Padgett, Jr.*
    By: Thomas H. Padgett, Jr.
    TBA No. 15405420
    Josef F. Buenker
    TBA No. 03316860
    2060 North Loop West, Suite 215
    Houston, Texas 77018
    713-868-3388 Telephone
    713-683-9940 Facsimile
    jbuenker@buenkerlaw.com
    tpadgettlaw@gmail.com

    **COUNSEL FOR PLAINTIFF**

LAW OFFICES OF RUSSELL C. DUCOFF

/s/  Russell C. Ducoff
Russell C. Ducoff
SBOT:  06168500
4615 Southwest Freeway, Suite 500
Houston, Texas 77027
713-665-8750 Phone
866-369-5413 Fax
rcducoff@gmail.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, I caused a copy of the foregoing document to be filed with the Court using ECF, of which opposing counsel of records is a member.

*/s/ Thomas H. Padgett, Jr.*
Thomas H. Padgett, Jr.